# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

| | |
|---:|---|
| **Debtor:** | ROGER DUANE TODD |
| **Case Number:** | 11-80256-FJO-13    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 08, 2011 10:30 AM   TH 131 |
| **Bankruptcy Judge:** | FRANK J. OTTE |
| **Courtroom Clerk:** | CATHY FORD |
| **Reporter / ECR:** | DIANE WEISS-ALTSTADT |

### Matter:

Reset Hearing on Objection filed by the IDR to Confirmation of Amended Chapter 13 Plan [16, 22]

**R / M #:**   0 / 0

### Appearances:

DONALD L DECKER, TRUSTEE
SCOTT SKILLMAN, ATTORNEY FOR ROGER DUANE TODD

### Proceedings:

Disposition: Hearing held;  Objection overruled.  SO ORDERED.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**